UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL BERLANGA,<br><br>                Plaintiff,<br><br>   v.<br><br>JEREMY WELCH and CHRIS MEQUET,<br><br>                Defendants. | NO: 1:17-CV-3130-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO WAIVE COLLECTION OF FILING FEE |

Magistrate Judge Rodgers filed a Report and Recommendation on March 19, 2018, ECF No. 15, recommending that Mr. Berlanga's untimely Motion to Waive Collection of the Remaining Balance of the Filing fee, ECF No. 14, be denied. There being no objections, the Court **ADOPTS** the Report and Recommendation. The Motion to Waive Collection of the Remaining Balance of the Filing Fee under 28 U.S.C. § 1915(b) is **DENIED.**

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO WAIVE COLLECTION OF FILING FEE ~ 1

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and provide a copy to Plaintiff. The file shall remain **closed.** The Court certifies that an appeal of this decision would not be taken in good faith.

**DATED** April 4, 2018.



THOMAS O. RICE
Chief United States District Judge